UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**POWER-SONIC CORPORATION,**

      Plaintiff,

v.                            Case No:  6:11-cv-1658-Orl-36GJK

**DWB HOLDING COMPANY,**

      Defendant.
_____

**ORDER**

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Gregory J. Kelly, filed on February 11, 2013 (Doc. 23).  In the Report and Recommendation, Judge Kelly recommends that the Court grant Plaintiff Power-Sonic Corporation's ("Plaintiff") Second Renewed Motion for Judicial Default Judgment on Count II of the Complaint ("Motion for Default Judgment") (Doc. 21).  Neither party has objected to the Report and Recommendation and the time to do so has expired.

On December 2, 2011, default was entered against Defendant DWB Holding Company ("Defendant") pursuant to Federal Rule of Civil Procedure 55(a).  (Doc. 12).  On December 11, 2012, Plaintiff filed its Motion for Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2).  (Doc. 21).  Defendant did not respond to Plaintiff's Motion for Default Judgment.  The Court is in agreement with the Magistrate Judge that California law governs the promissory note at issue in Count II of the Complaint (Doc. 1), and that Count II of the Complaint properly states a claim for breach of contract under California law.  *See* Doc. 23, pp. 4–5; *Shanghai Automation Instrument Co., Ltd. v. Kuei*, 194 F. Supp. 2d 995, 1004 (N.D. Cal. 2001).  The Court also agrees that Defendant's breach of the promissory note should be reduced to judgment without the need

for an evidentiary hearing, as the amount of damages is demonstrated by Plaintiff's Affidavit of Indebtedness (Doc. 22-1) and is readily ascertainable by mathematical calculation. *See* Doc. 23, pp. 4–5; *Solis v. J.W. Buckholz Traffic Eng'g, Inc.*, 3:11-CV-248, 2012 WL 6761600, at *3 (M.D. Fla. Dec. 6, 2012). Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED** and **ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 23) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff's Second Renewed Motion for Judicial Default Judgment on Count II of the Complaint (Doc. 21) is **GRANTED**. Plaintiff is awarded damages against Defendant as to Count II of the Complaint in the amount of $6,000,000, plus pre-judgment interest at a rate of 6% per annum from January 31, 2010 through the date of judgment.

3. The Clerk is directed to enter judgment accordingly and close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 1, 2013.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge Gregory J. Kelly